May 26, 2006

Ms. Regina Bacon Criswell
Law Office of Regina Bacon Criswell
P.O. Box 1399
Helotes, TX 78023
Mr. Thomas G. Farrier
Murphy Mahon Keffler & Farrier, L.L.P.
Burk Burnett Building
500 Main Street, Suite 1200
Fort Worth, TX 76102

RE: Case Number: 05-0831
 Court of Appeals Number: 13-04-00193-CV
 Trial Court Number: 03-506-D

Style: STEVE CHILDERS
 v.
 ADVANCED FOUNDATION REPAIR, L.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to that court.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Martha I. |
| |Soliz |